IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILMINGTON SAVINGS FUND SOCIETY   *
                                                                    *
                                                                    *
      v.                                     *        Civil No. – JFM-13-1335
                                                                  *
CHRISTIANA BANK & TRUST CO.     *
                                                   ******

**ORDER**

For the reasons stated on the record today, it is, this 10th day of May 2013

ORDERED that the motion to quash (document 1) is granted, subject to any ruling made by Judge Andrews in the District of Delaware concerning the subpoena issue.


                                               /s/
                                           J. Frederick Motz
                                           United States District Judge